IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PATRICK MARTIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br>      PLAINTIFF, <br><br> V. <br><br> STUART PETROLEUM TESTERS, <br>      DEFENDANT. | § § § § § § § § § § | CIVIL NO. A-14-CV-067-LY |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On April 9, 2015, the parties filed a Stipulation of Voluntary Dismissal with prejudice (Doc. #42), which the court approved by separate order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this  13th  day of April, 2015.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE